UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DeJuan Haywood Haggins, Rapper,  Civil No. 12-1105 (DWF/LIB)
Executive Producer/CEO Rival Records
[Chicago-New York City-Atlanta]
a/k/a King Wildcat,

          Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Ramsey County, C.O. Whipps,
C.O. Remiecia, C.O. Frerichs,
C.O. Biommerich, C.O. Biommerich,
Sgt. Sonioya, and Ramsey County
Jail Employees,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated October 4, 2012.  (Doc. No. 8.) No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.    Magistrate Judge Leo I. Brisbois's October 4, 2012 Report and Recommendation (Doc. No. [8]) is **ADOPTED**.

2. Plaintiff's Complaint (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE**, for failure to comply with this Court's Order of June 8, 2012, and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 30, 2012           s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge